IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGEL SANTIAGO, | : | |
| Claimant, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : | |
| Defendant. | : | No. 11-3650 |
| | : | |

**ORDER**

AND NOW, this 28th day of March, 2012, upon careful and independent consideration of Santiago's request for review (ECF No. 3), the parties' briefing, and for the reasons discussed in the accompanying Memorandum, it is hereby ORDERED:

(1) Santiago's request for review is DENIED and his Complaint is DISMISSED with prejudice.

(2) The Clerk of Court is directed to mark the case as CLOSED for statistical purposes.

BY THE COURT:

s/Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\CIVIL 11-12\11-3650 Santiago v. Astrue\Santiago - Order SS Appeal.wpd